RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Filiberto Medina Ramos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:18 cr 00108 DAD BAM |
| *Plaintiff,* | ) ) ) | STIPULATION TO VACATE TRIAL SETTING, EXCLUDE TIME, AND SCHEDULE CASE FOR STATUS CONFERENCE ONLY; ORDER |
| v. | ) ) ) | |
| FILIBERTO MEDINA RAMOS, | ) ) | |
| *Defendant.* | ) ) | |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

Please take notice that the parties in the case have agreed to vacate the trial setting in the above-entitled case, exclude time, and reschedule the matter for status conference only on January 28, 2019, at 1 p.m., in Courtroom 8 before the Honorable Magistrate Judge Barbara A. MacAuliffe. The case is currently scheduled for trial on February 5, 2019, with no exclusion of time, and for trial confirmation on January 22, 2019. The reason for the present agreement of the parties is that after the case was set for trial on December 10, 2018, the prosecution formulated a tentative plea bargain offer that the defendant FILIBERTO MEDINA RAMOS ("Mr. Medina") needs time to consider and, more importantly, the prosecution disclosed voluminous new discovery that Mr. Medina needs to review as he explores his options for plea bargain and evaluates potential defenses.

On December 11, 2018, defense counsel for Mr. Medina was notified that he would be receiving voluminous new discovery from the prosecution. The discovery

| | |
|---|---|
| 1 | would consist of three total computer discs. The first disc would contain 2,138 bates |
| 2 | stamped pages; the second disc would be a Blu-ray disc, which based on defense |
| 3 | counsel's experience is typically used when the prosecution needs to produce a |
| 4 | particularly voluminous amount of data; and the third disc would contain some unknown |
| 5 | number of pages, which are still being assembled. Defense counsel very recently |
| 6 | received the first two discs, but has not yet received the third. |
| 7 | After the trial setting on December 10, 2018, the prosecution communicated a |
| 8 | tentative plea bargain offer to the defense. The prosecution also newly produced a |
| 9 | laboratory report indicating that the alleged meth in this case qualifies as ice or pure meth, |
| 10 | such that Mr. Medina's guideline sentencing range might be much greater than otherwise |
| 11 | could have been deduced from the discovery reports. This stipulation is on the basis that |
| 12 | in light of the voluminous new discovery and tentative plea bargain offer, Mr. Medina |
| 13 | needs a reasonable time to review the voluminous new discovery, explore the |
| 14 | prosecution's tentative plea bargain offer, and otherwise prepare his potential defenses. |
| 15 | The current trial setting would not afford Mr. Medina the reasonable time he needs. |
| 16 | 18 U.S.C. 3161(h)(7) authorizes a continuance and exclusion of time in |
| 17 | circumstances such as the present based on the request of the counsel and order of the |
| 18 | judge. Circumstances justifying a continuance and exclusion of time in this case include |
| 19 | the following: (a) Failure to grant the continuance likely would result in a miscarriage of |
| 20 | justice; (b) it is unreasonable to expect adequate preparation for trial under the current time |
| 21 | constraints; (c) failure to grant the continuance would deny defense counsel a |
| 22 | reasonable time for effective trial preparation; and (d) the ends of justice served by |
| 23 | granting the continuance outweigh the best interests of the public and the defendant in a |
| 24 | speedy trial. (See 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(i), (ii), (iv).) |
| 25 | For the reasons stated above, the parties stipulate as follows: |
| 26 | 1. That Mr. Medina's trial currently scheduled for February 5, 2019, and trial |
| 27 | confirmation scheduled for January 22, 2019, be vacated; |
| 28 | ///// |

    2. That Mr. Medina's case be scheduled for a status conference hearing only on January 28, 2019, at 1 p.m., in Courtroom 8, before the Honorable Magistrate Judge Barbara A. MacAuliffe;

    3. That time be excluded from the present date of December 20, 2018, to January 28, 2019, on the basis that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

| | |
|---|---|
| DATED:  12/20/18 | */s/ Vincenza Rabenn* |
| | Vincenza Rabenn |
| | Assistant U.S. Attorney |
| | |
| DATED:  12/20/18 | */s/ Richard M. Oberto* |
| | RICHARD M. OBERTO |
| | Attorney for Defendant, |
| | Filiberto Medina Ramos |

## **ORDER**

**IT IS HEREBY ORDERED,** upon the finding that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, that the present trial date of February 5, 2019, and trial confirmation date of January 22, 2019, in the case of the defendant FILIBERTO MEDINA RAMOS be vacated; that the case be scheduled for a status conference hearing only on January 28, 2019, at 1 p.m., in Courtroom 8, before the Honorable Magistrate Judge Barbara A. MacAuliffe; and that time be excluded from December 20, 2018, to January 28, 2019.

IT IS SO ORDERED.

  Dated:  **December 20, 2018**                                                              
                                                                   UNITED STATES DISTRICT JUDGE