UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FILIBERTO MEDINA-RAMOS,<br><br>Defendant. | No.  1:18-cr-00108-DAD<br><br>ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE AS MOOT<br><br>(Doc. No. 39) |

On July 29, 2024, defendant Medina–Ramos filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. No. 39.)  On July 30, 2024, the court referred defendant's motion to the Office of the Federal Defender ("FDO") and that office was provided a deadline for filing supplementation to defendant's *pro se* motion or a notice that no supplementation would be filed.  (Doc. No. 40.)  On September 24, 2024, the FDO filed a Notice of Non–Supplementation and a Request to Withdraw as Counsel.  (Doc. No. 41.)  On December 13, 2024, the government filed an opposition to defendant's motion for compassionate release. (Doc. No. 44.)

According to the U.S. Bureau of Prisons (BOP) Inmate Locator website, defendant Medina-Ramos was released from BOP custody on December 1, 2025, and is no longer in federal custody.  *See* https://www.bop.gov/mobile/find_inmate/byname.jsp#inmate_results.  As a result,

1

defendant's pending motion for compassionate release has been rendered moot and will be denied on that basis.[1]

For the reasons explained above:

1. Defendant Medina-Ramos's motion for compassionate release (Doc. No. 39) is DENIED as having been rendered moot; and

2. The Clerk of the Court is directed to again CLOSE this case.

IT IS SO ORDERED.

Dated: __**January 29, 2026**__    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Medina-Ramos has not filed a notice of change of address with the court as required by Local Rules 182(f) and 110.

2